No. 8,304.  NETTIE B. HELD, Respondent, *v.* W. ELTZ-ROTH, Appellant.

Decided April 10, 1942.

PER CURIAM.—The parties to the above-entitled action having stipulated that the appeal may be dismissed without costs to either party, the action having been settled, it is ordered that the appeal be dismissed without costs.

*Messrs. Wood & Cooke,* for Appellant.

*Mr. E. E. Collins,* for Respondent.